Scott S. Humphreys (SBN 298021)
humphreyss@ballardspahr.com
Lex Conboy (SBN 345251)
conboya@ballardspahr.com
**BALLARD SPAHR LLP**
2029 Century Park East, Suite 1400
Los Angeles, California 90067
Telephone:  424.204.4400
Facsimile:  424.204.4350

Attorneys for Defendant, Citibank, N.A.

Matthew M. Loker (SBN 279939)
matt@loker.law
**LOKER LAW**
1303 E. Grand Ave., Ste 101
Arroyo Grande, CA 93420
Telephone: 805.669.9844
Facsimile: 805.994.9844

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HOLLAND T. ALLWEIN, | CASE NO. 2:24-CV-00182-AC |
| Plaintiff, | *[Assigned to Hon. Allison Claire]* |
| v. | **JOINT STIPULATION TO EXTEND TIME FOR DEFENDANT CITIBANK TO RESPOND TO COMPLAINT** |
| CITIBANK, N.A.; EQUIFAX INFORMATION SERVICES LLC; EXPERIAN INFORMATION SOLUTIONS, INC.; AND, TRANS UNION LLC | Complaint Filed:  January 12, 2024<br>Trial Date:  None Set |
| Defendants. | |

**TO THE HONORABLE COURT:**

Plaintiff Holland T. Allwein ("Plaintiff") and Defendant Citibank, N.A. ("Citibank") (together, the "Parties"), by and through their counsel, hereby STIPULATE and AGREE as follows:

WHEREAS, on January 12, 2024 Plaintiff filed the Complaint in the United States District Court Eastern District of California.

WHEREAS, based upon the date of service, Citibank's deadline to respond to the Complaint was February 12, 2024.

NOW THEREFORE, the Parties hereby STIPULATE and AGREE that the deadline for Defendant Citibank to answer or otherwise respond to or challenge Plaintiff's Complaint shall be extended to March 1, 2024.

Respectfully submitted:

Dated:   February 8, 2024                    BALLARD SPAHR LLP

                                             By:   */s/ Lex Conboy*
                                                   Lex Conboy
                                                   Attorneys for Defendant Citibank, N.A.

Dated:   February 8, 2024                    LOKER LAW

                                             By:   */s/ Matthew M. Loker*
                                                   Matthew M. Loker
                                                   Attorneys for Plaintiff

**[PROPOSED] ORDER**

The Court, having read and fully considered the Parties' Joint Stipulation to extend the deadline for Defendant Citibank to respond to the Complaint, HEREBY ORDERS that

1. The deadline for Defendant Citibank, N.A. to answer or otherwise respond to Plaintiff's Complaint is extended to March 1, 2024.

**IT IS SO ORDERED.**

**DATED:** February 12, 2024



ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE