UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HOLLAND T. ALLWEIN,<br><br>              Plaintiff,<br><br>v.<br><br>CITIBANK, N.A.; EQUIFAX INFORMATION SERVICES LLC; EXPERIAN INFORMATION SOLUTIONS, INC.; and TRANS UNION LLC,<br><br>              Defendants. | Case No. 2:24-cv-00182 AC<br><br>Hon. Allison Claire<br><br>~~PROPOSED~~ ORDER GRANTING AGREED STIPULATION FOR EXTENSION OF TIME FOR DEFENDANT TRANS UNION LLC TO RESPOND TO COMPLAINT |

Having reviewed and considered the Agreed Stipulation for Extension of Time for Defendant Trans Union LLC to Respond to the Complaint, and upon good cause shown,

**IT IS HEREBY ORDERED** that Defendant Trans Union LLC shall have up to and including March 14, 2024, in which to respond to Plaintiff's Complaint.

DATED this 13th day of February 2024.

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

1

6876944.1