UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HOLLAND T. ALLWEIN,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>CITIBANK, N.A.; EQUIFAX INFORMATION SERVICES LLC; EXPERIAN INFORMATION SOLUTIONS, INC.; and TRANS UNION LLC,<br><br>　　　　　Defendants. | Case No. 2:24-cv-00182 AC<br><br>**[PROPOSED] ORDER GRANTING JOINT STIPULATION FOR EXTENSION OF TIME**<br><br>Mag.:  Allison Claire |

　　　Having reviewed and considered the Parties' Joint Stipulation for Extension of Time for Defendant Equifax Information Services LLC to Respond to the Complaint, and upon good cause shown, it is hereby ORDERED that the Defendant Equifax Information Services LLC shall have up to and including March 14, 2024 in which to respond to Plaintiff's Complaint.

　　　SO ORDERED, this 13th day of February, 2024.

　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　ALLISON CLAIRE
　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

308096302v.1                                                                                                          PROPOSED ORDER